**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Latifah Rana Wright and Jonathan Raheem Washington,
Defendants,

Of whom Jonathan Raheem Washington is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001530

———————————

Appeal From Horry County
W. Marsh Robertson, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-129
Submitted April 3, 2025 – Filed April 14, 2025

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Kelly Ann Sansone-Galley, of South Carolina
Department of Social Services, of Myrtle Beach, for
Respondent.

Alexander Blovin Gerred, of Axelrod & Associates, P.A., of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:** Jonathan Raheem Washington appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Washington's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.